RESI-5337
CAPTION

William H. McInerney, Jr. # 95794
McInerney & Dillon, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-3610
Telephone (510) 465-7100
Facsimile (510) 465-8556

Attorneys for defendant
R. E. Serrano, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOD CARRIERS LOCAL 166 PENSION TRUST, HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION TRUST; SAM ROBINSON, as Trustee of the foregoing Trusts; and HOD CARRIERS 166 INDUSTRY PROMOTION PROGRAM, <br><br> Plaintiffs, <br><br> vs. <br><br> R. E. SERRANO, INC., a California corporation; and RICKY EDWARD SERRANO, in corporate capacity and individually, <br><br> Defendants. | Case No.: C 07-03477 SI <br><br><br> R.E. SERRANO, INC. and RICKY SERRANO'S ANSWER TO COMPLAINT |

Defendants, R. E. Serrano, Inc. and Ricky Edward Serrano (collectively "Serrano") respond to the Complaint for Breach of Contract and Breach of Fiduciary Duty.

### COMMON FACTUAL ALLEGATIONS

1    Serrano admits the allegations contained in paragraph 1.

2.    Serrano admits the allegations contained in paragraph 2.

3.    Serrano admits the allegations contained in paragraph 3.

4.    Serrano admits the allegations contained in paragraph 4.

RESI-5337
CAPTION

5.    Serrano admits the allegations contained in paragraph 5.

6.    Serrano admits the allegations contained in paragraph 6.

7.    Responding to the allegations contained in paragraph 7, Serrano admits that it is a California corporation with a corporate license number of C1785978 and a contractor's license of #725244. Serrano denies that it is engaged in the plastering and hod carrying business in San Francisco County, California.  Serrano further admits that Ricky Edward Serrano is the president of the defendant, R. E. Serrano, Inc. Serrano denies each and every other allegation contained in paragraph 7.

8.    Serrano admits the allegations contained in paragraph 8.

9.    Responding to the allegations contained in paragraph 9, Serrano admits that it has underpaid required contributions to the plans. Serrano lacks sufficient information and belief with which to respond to the remaining allegations and basing its denial on that ground denies each and every other allegation contained in paragraph 9.

10.    Serrano admits the allegations contained in paragraph 10.

11.    Serrano admits the allegations contained in paragraph 11.

12.    Serrano admits the allegations contained in paragraph 12.

13.    Serrano admits the allegations contained in paragraph 13.

14.    Serrano admits the allegations contained in paragraph 14.

15.    **I NEED YOU TO REVIEW THIS PARAGRAPH AND TELL ME WHICH ALLEGATIONS ARE TRUE AND WHICH ARE FALSE**

16.    Serrano denies the allegations contained in paragraph 16.

## FIRST CLAIM

17    Responding to the allegations contained in paragraph 17, Serrano incorporates by reference its responses to paragraphs 1 through 16 as if fully set forth herein.

18.    Serrano admits the allegations contained in paragraph 18.

19.    Serrano admits the allegations contained in paragraph 19.

20.    Serrano denies the allegations contained in paragraph 20.

RESI-5337
CAPTION

21.    Serrano admits the allegations contained in paragraph 21.

22.    Serrano admits the allegations contained in paragraph 22.


## SECOND CLAIM

23    Responding to the allegations contained in paragraph 23, Serrano incorporates by reference its responses to paragraphs 1 through 16 and 18 through 22 as if fully set forth herein.

24.    Serrano admits the allegations contained in paragraph 24.

25.    Serrano lacks sufficient information and belief with which to respond to the remaining allegations and basing its denial on that ground denies each and every allegation contained in paragraph 25.

26.    Serrano denies the allegations contained in paragraph 26.


## PRAYER FOR RELIEF

WHEREFORE, Serrano prays for judgment as follows:

1.    Plaintiff take nothing by way of this complaint

2.    For costs of suit according to proof, and

3.    For such other and further relief as this court deems just and proper.


Dated:  August 24, 2007                    MCINERNEY & DILLON, P.C.



By: _____
    William H. McInerney, Jr.
    Attorneys for defendants
    R. E. Serrano, Inc. and Ricky Serrano

C:\main\WJR\RESI\5337-Hod Carriers Local 166\Pleadings\Answer.wpd

Answer                                                                        -3-

POS

**PROOF OF SERVICE**

1

2          I, the undersigned, declare:

3          I am employed by the law office of McInerney & Dillon, P.C., located at 1999 Harrison
Street, Suite 1700, Oakland, California 94612, am over the age of 18 years and am not a party to
4    the within titled cause. On the date last written/typed below, I caused the following document(s):

5          **R.E. SERRANO, INC. and RICKY SERRANO'S ANSWER TO COMPLAINT**

6    to be served on the parties, through their attorneys of record by placing true and correct copies
thereof:

7

8    __X__    **(By First Class Mail).** In the ordinary course of business such correspondence is
deposited with the U.S. Postal Service at Oakland, California, in a sealed envelope,
with proper postage affixed, the same day that the envelope is sealed and placed for
9             collection and mailing.

10   ____    **(By Facsimile transmission).** Based on the agreement of the parties to accept service by
fax transmission, I faxed the documents to the persons at the fax numbers listed below. No
11            error was reported by the fax machine that I used. A copy of the record of the fax
transmission, which I printed out, is attached.

12

13   ____    **(By UPS Overnight delivery.)** In the ordinary course of business such correspondence is
picked up by an agent from UPS at Oakland, California, the same day that the envelope is
sealed and placed for collection and transmittal

14

15   ____    **(By messenger service).** I served the documents by placing them in an envelope or
package addressed to the persons at the addresses listed below and providing them to a
professional messenger service for service.

16

17                              **ADDRESSEE(s):**

18   William J. Flynn
Scott M. DeNardo
19   Neyhart, Anderson, Flynn & Grosboll
44 Montgomery Street, Suite 2080
20   San Francisco, CA 94104
Phone: 415/677-9440
21   Fax: 415/677-9445
*Attorneys for plaintiffs*

22

23          I declare under penalty of perjury under the laws of the State of California that the above is
true and correct.

24

25          Executed this August 24, 2007, at Oakland, California.

26                              Leticia Rubio

27

28

C:\main\WJR\RESI\5337-Hod Carriers Local 166\Pleadings\POS Answer.wpd