UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hod Carriers Local 166 Health &
Welfare Trust Fund
        Plaintiff(s),

Case No. C-07-3477 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

R.E. Serrano, Inc., a California
Corporation
        Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/21/2007

Sam Robinson
[Party]

Dated: 9/21/2007

Scott M. De Nardo
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hod Carriers Local 166 Health &
Welfare Trust Fund
        Plaintiff(s),

v.

R.E. Serrano, Inc., a California
Corporation
        Defendant(s).

Case No. C-07-3477 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/21/2007

Dated: 9/21/2007

Sam Robinson
[Party]

Scott M. De Nardo
[Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R 3-5b) of Discussion of ADR Options."

Rev. 12/05

# PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, CA 94104-6702.

On Monday, September 24, 2007 I served the within:

# ADR CERTIFICATION BY PARTIES AND COUNSEL

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited, in the ordinary course of business, with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California, addressed as follows:

> William H. McInerney, Jr.
> McInerney & Dillon, P.C.
> 1999 Harrison Street, Suite 1700
> Oakland, CA 94612

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on Tuesday, Monday, September 24, 2007 at San Francisco, California.

_____
Judy Dunworth