UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hod Carriers Local 166 Health and Welfare
Trust Fund

                Plaintiff(s),

                v.

R.E. Serrano, Inc., a California Corporation

                Defendant(s).

CASE NO. C-04-3477 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

*Plaintiffs'* Counsel report that they have *not* met and conferred regarding ADR *with Defendants* and that they:

    ✓    have not yet reached an agreement to an ADR process

        request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 12, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Scott M. De Nardo | Plaintiffs | 415.677.9440 | sdenardo@neyhartlaw.com |

PLEASE NOTE: COUNSEL FOR PLAINTIFFS HAVE BEEN UNSUCCESSFUL IN REACHING DEFENDANTS' COUNSEL TO DISCUSS ADR OPTIONS AND A STIPULATION TO A PROCESS

COUNSEL FOR DEFENDANT RE SERRANO IS Mr. William H. McInerney (510) 465-7100

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/21/2007

                                                  Scott M. De Nardo
                                                  Attorney for Plaintiff

Dated:_____

                                                  Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

# PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, CA 94104-6702.

On Monday, September 24, 2007 I served the within:

## NOTICE OF NEED FOR ADR PHONE CONFERENCE

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited, in the ordinary course of business, with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California, addressed as follows:

> William H. McInerney, Jr.
> McInerney & Dillon, P.C.
> 1999 Harrison Street, Suite 1700
> Oakland, CA 94612

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on Tuesday, Monday, September 24, 2007 at San Francisco, California.

*Judy Dunsworth*