RBSI-5337
Settle. & Stip. Jdgmt

1  William H. McInerney, Jr. # 95794
   McInerney & Dillon, P.C.
2  1999 Harrison Street, Suite 1700
   Oakland, California 94612-3610
3  Telephone (510) 465-7100
   Facsimile (510) 465-8556
4
   Attorneys for defendant
5  R. E. Serrano, Inc.

6

7              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
8

9

10
   HOD CARRIERS LOCAL 166 PENSION      )    Case No.: 3:200 7CV03477
11 TRUST; HOD CARRIERS LOCAL 166       )
   HEALTH, WELFARE & VACATION TRUST;   )
12 SAM ROBINSON, as Trustee of the foregoing )
   Trusts; and HOD CARRIERS 166 INDUSTRY )  STIPULATION AND ORDER TO
13 PROMOTION PROGRAM,                  )    CONTINUE CASE MANAGEMENT
                                       )    CONFERENCE
14            Plaintiffs,              )
                                       )
15     vs.                             )
                                       )
16 R. E. SERRANO, INC., a California   )
   corporation; and RICKY EDWARD       )
17 SERRANO, in corporate capacity and  )
   individually,                       )
18                                     )
             Defendants.               )
19                                     )

20

21

22        IT IS HEREBY STIPULATED between plaintiff HOD CARRIERS LOCAL 166

23 PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION

24 TRUST; SAM ROBINSON, as Trustee of the foregoing Trusts; and HOD CARRIERS 166

25 INDUSTRY PROMOTION PROGRAM, (collectively "HOD Carriers") and defendant R.E.

26 SERRANO, INC. ("Serrano") by their attorneys of record, that the Case Management Conference

27 currently on Calendar for October 12, 2007 at 2:00 p.m. in Courtroom 10, be continued to

28 November 12, 2007, at 2:00 p.m. in Courtroom 10, or as soon thereafter as the Court's calendar

Stipulation to Continue Case Management Conference                          -1-

RESI-5337
Settle. & Stip. Jdgmt

1    allows.  Good cause is present for this continuance because the parties are close to reaching a

2    settlement.

3    Dated: October ___, 2007                    NEYHART, ANDERSON, FLYNN &
                                                  GROSBOLL
4

5

6                                                 By: _____
                                                      Scott M. De Nardo
7                                                     Attorneys for plaintiffs

8

9

10   Dated:  October ___, 2007.                   McINERNEY & DILLON, P.C.

11

12                                                By: _____
                                                      William H. McInerney, Jr.
13                                                    Attorneys for defendants
                                                      R. E. Serrano, Inc. and Ricky Serrano
14

15            IT IS HEREBY ORDERED THAT:

16            The Case Management Conference is continued to _____, at 2:00 p.m., in

17   Courtroom 10.

18

19
                                                  _____
20                                                Susan Illston
                                                  Judge of the U.S. District Court for the
21                                                Northern District of California

22

23

24

25                C:\Documents and Settings\wjr\Local Settings\Temporary Internet Files\OLK103\Stipulation to Continue Case Management Conference.wpd

26

27

28

Stipulation to Continue Case Management Conference                                              -2-