RBSI-5337
Settle. & Stip. Jdgmt

William H. McInerney, Jr. # 95794
McInerney & Dillon, P.C.
1999 Harrison Street, Suite 1700
Oakland, California 94612-3610
Telephone (510) 465-7100
Facsimile (510) 465-8556

Attorneys for defendant
R. E. Serrano, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOD CARRIERS LOCAL 166 PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION TRUST; SAM ROBINSON, as Trustee of the foregoing Trusts; and HOD CARRIERS 166 INDUSTRY PROMOTION PROGRAM,<br><br>           Plaintiffs,<br><br>     vs.<br><br>R. E. SERRANO, INC., a California corporation; and RICKY EDWARD SERRANO, in corporate capacity and individually,<br><br>           Defendants. | Case No.: 3:200 7CV03477<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS HEREBY STIPULATED between plaintiff HOD CARRIERS LOCAL 166 PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION TRUST; SAM ROBINSON, as Trustee of the foregoing Trusts; and HOD CARRIERS 166 INDUSTRY PROMOTION PROGRAM, (collectively "HOD Carriers") and defendant R.E. SERRANO, INC. ("Serrano") by their attorneys of record, that the Case Management Conference currently on Calendar for October 12, 2007 at 2:00 p.m. in Courtroom 10, be continued to November 12, 2007, at 2:00 p.m. in Courtroom 10, or as soon thereafter as the Court's calendar

Stipulation to Continue Case Management Conference                                    -1-

RESI-5337
Settle. & Stip. Jdgmt

1 allows. Good cause is present for this continuance because the parties are close to reaching a
2 settlement.
3 Dated: October 3, 2007

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
Scott M. De Nardo
Attorneys for plaintiffs

10 Dated:  October 3, 2007.

MCINERNEY & DILLON, P.C.

By: _____
William H. McInerney, Jr.
Attorneys for defendants
R. E. Serrano, Inc. and Ricky Serrano

15    IT IS HEREBY ORDERED THAT:
16    The Case Management Conference is continued to 11/9/07, at 2:00 p.m., in
17 Courtroom 10.

_____
Susan Illston
Judge of the U.S. District Court for the
Northern District of California

C:\Documents and Settings\wjr\Local Settings\Temporary Internet Files\OLK103\Stipulation to Continue Case Management Conference.wpd

Stipulation to Continue Case Management Conference                                           -2-