1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
9

| | |
|---|---|
| HOD CARRIERS LOCAL 166 PENSION TRUST; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>R.E. SERRANO, INC., a California Corporation; and RICKY EDWARD SERRANO, an individual,<br><br>Defendants. | CASE NO.: C-07-3477 SI<br><br>**PLAINTIFFS' STATEMENT RE: CASE MANAGEMENT CONFERENCE**<br><br>Date: November 9, 2007<br>Time: 2:00 p.m.<br>Judge: Hon. Susan Illston<br>Courtroom: 10<br>Location: 19th Floor,<br>  450 Golden Gate Ave.<br>  San Francisco, CA 94102<br><br>Complaint Filed: 07/03/07<br>Trial Date: None set. |

Plaintiffs HOD CARRIERS LOCAL 166 PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION TRUST; SAM ROBINSON, as Trustee of the above-TRUSTS; and HOD CARRIERS 166 INDUSTRY PROMOTION PROGRAM, (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") hereby represent to the Court that the above-matter has tentatively settled pursuant to the terms and conditions of the Settlement Agreement and Contingent Order that is currently awaiting signature from the Trustee of the Union Plaintiff Trust Funds and the Defendants. Counsel for the Plaintiffs' submitted a Stipulation to Continue the Case Management Conference set for November 9, 2007 until a day specified by the Court in the future to Opposing Counsel. Unfortunately, an executed copy has not yet been returned. A true and correct copy of the Stipulation & [Proposed] Order is hereto attached as Exhibit "A" for the Court's Convenience.

Respectfully Submitted,

Dated: 11/9/2007

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. DeNARDO
Attorney for Plaintiffs

**EXHIBIT A**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HOD CARRIERS LOCAL 166 PENSION TRUST; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>R.E. SERRANO, INC., a California Corporation; and RICKY EDWARD SERRANO, an individual,<br><br>    Defendants. | CASE NO.: C-07-3477 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE &** **[Proposed] ORDER THEREON**<br><br>Date:<br>Time:<br>Judge: Hon. Susan Illston<br>Courtroom:   10<br>Location: 19th Floor,<br>          450 Golden Gate Ave.<br>          San Francisco, CA 94102<br><br>Complaint Filed:   07/03/07<br>Trial Date:          None set. |

1  IT IS HEREBY STIPULATED by and between Plaintiffs HOD CARRIERS LOCAL 166
2  PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION
3  TRUST; SAM ROBINSON, as Trustee of the above-TRUSTS; and HOD CARRIERS 166
4  INDUSTRY PROMOTION PROGRAM, (hereinafter collectively referred to as the "Plaintiffs",
5  "Trusts" or "Funds") and the Defendants R.E. SERRANO, INC., a California Corporation and
6  RICKY EDWARD SERRANO, an individual that the Case Management Conference currently set
7  for November 9, 2007 at 2:00 p.m. be continued until December 7, 2007 or any later time, as <u>this
8  Case has settled and the parties will be filing settlement documents with the Court shortly.</u>

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: 11 8 2007

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. DeNARDO
Attorney for Plaintiffs

Dated: _____

McINERNEY & DILLON

By: _____
WILLIAM McINERNEY, JR.
Attorney for Defendants

1 | [PROPOSED] ORDER:

2 |     IT IS HEREBY ORDERED that the Case Management Conference currently set for

3 | November 9, 2007 at 2:00 p.m. be continued to December ____, 2007 at _____ a.m./p.m.

4 | IT IS SO ORDERED.

6 | Dated: _____  _____
                                    U.S. District Court Judge

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On November 7, 2007, I served the within:

**PLAINTIFFS' STATEMENT RE: CASE MANAGEMENT CONFERENCE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

William H. McInerney, J.R.
McINERNEY & DILLON, P.C.
1999 Harrison, Suite 1700
Oakland, CA 94612

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 7, 2007, at San Francisco, California.

Scott M. De Nardo