UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HOD CARRIERS LOCAL 166 PENSION TRUST; et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>R.E SERRANO, INC., a California Corporation; and RICKY EDWARD SERRANO, in corporate capacity and individually,<br><br>　　　Defendants. | CASE NO.: C-07-3477 SI<br><br>**SETTLEMENT AGREEMENT**<br><br>Date:<br>Time:<br>Judge: Hon. Susan Illston<br>Courtroom:　10<br>Location: 19th Floor,<br>　　　　　450 Golden Gate Ave.<br>　　　　　San Francisco, CA 94102<br><br>Complaint Filed:　07/03/07<br>Trial Date:　　　 None set. |

The Plaintiffs HOD CARRIERS LOCAL 166 PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION TRUST; SAM ROBINSON, as Trustee of the above-TRUSTS; and, HOD CARRIERS 166 INDUSTRY PROMOTION PROGRAM (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") and the Defendants R.E. SERRANO, INC., a California Corporation and RICKY EDWARD SERRANO agree to resolve this case as follows:

1. <u>Compromise</u>. The parties wish to avoid the uncertainty and expense of litigation, and, therefore, have reached this compromise and settlement.

2. <u>Consideration</u>. The Defendant will agree to a Stipulated Judgment against it in favor of the Plaintiff Trusts in the amount of $21,333.94 in principal, $4,266.79 in liquidated damages, approximately $4,500.00 in interest and another $4,000.00 in attorney's fees and collection costs for a grand total of $<u>34,100.73</u>. (A copy of the Stipulation for Entry of Judgment is attached hereto as Exhibit A). The Stipulated Judgment shall only be filed if either Defendant, R.E. SERRANO, INC. or RICKY EDWARD SERRANO, file for bankruptcy protection or if the Defendants fail to comply with the terms of this Settlement Agreement.

3. <u>Principal</u>. Defendants must pay Plaintiffs $27,000.00 owed on unpaid Trust Fund contributions under the following payment schedule:

   a. On or before November 20, 2007, $2,250.00 will be paid.

   b. On or before the twentieth (20th) day of each of the eleven (11) subsequent months after November 2007, $2,250.00 will be paid.

   c. <u>Timely Regular Employer Transmittals & Contributions</u>. Defendants agree to submit timely, monthly employer transmittals for hours worked along with contributions for said hours. In the unlikely event that the Defendants

submit either a transmittal report and/or monthly contributions past the due date pursuant to the terms of the applicable collective bargaining agreement, payment of principal, liquidated damages and interest owed on the delinquent contributions will be paid on or before the first day of the month following the month in which the contributions were due.

4.  **Default.** If Defendants fail to make any payment in the time and manner set forth in ¶ 3, Defendants shall be in default of this Agreement. In the event of a default, all remaining sums shall become immediately due and payable and the Plaintiffs may file the Stipulated Judgment.

5.  **Enforce Agreement.** The parties agree that in the event any party institutes proceedings, by motion or otherwise, to enforce any of the provisions of this Agreement, the prevailing party shall be entitled to receive all costs and expenses, including reasonable attorneys' fees, of such proceedings as determined by the Court having jurisdiction of such proceeding.

6.  **Contingent Order of Dismissal.** Plaintiffs and the Defendants will jointly request the Court to issue a Contingent Order of Dismissal. The Order will allow the Plaintiffs to reopen the case for Defendants' noncompliance with any of the items listed in paragraph 3 above. Upon reopening, the Plaintiffs will file the Stipulated Judgment. It is agreed that, in such event, Plaintiffs will take no action to enforce that portion of the Judgment amount already paid by the date of the entry of the Judgment, minus any additional attorneys' fees that Plaintiffs may have incurred. If the Plaintiffs do not file such a request by March 1, 2009, the case will automatically be dismissed with prejudice. If the Defendants pay all of the amounts listed in paragraph 3 within the time set for payment by that paragraph, Plaintiffs will request the Court to dismiss the action with prejudice. The Defendants shall not be assessed any penalty for making any payments required by paragraph 3 before it is due.

7. <u>Attorney's Fees and Costs</u>. If the Defendants breach this Agreement, they shall pay Plaintiffs all of their attorneys' fees and costs incurred as a result of the breach, including any attorneys' fees and costs incurred in enforcing any judgment including the Stipulated Judgment.

8. <u>Binding on Successors and Others</u>. This Agreement and General Release shall be binding upon the parties hereto and upon their heirs, administrators, representatives, executors, successors, and assigns, and shall inure to the benefit of said parties, and each of them, and to their heirs, administrators, representatives, executors, successors and assigns.

9. <u>Governing Law</u>. The terms and conditions of this Agreement and General Release shall be interpreted and construed in accordance with the laws of the State of California and to the extent applicable by the Employee Retirement Income Security Act ("ERISA"). If any term or condition of this Agreement and General Release is determined to be invalid, the remainder of the provisions shall remain in full force and effect.

10. <u>Full Payment</u>. If the payments called for above in paragraph 3 are paid in full, the parties agree that this constitutes full payment of all amounts owing by Defendants for work performed in the jurisdiction of Hod Carriers Local 166 through and including March 31, 2007. However, this does not waive any claims based on fraud or improper or erroneous reporting of hours or contributions due. Any prior settlement agreements or liens associated with the parties are hereby superceded by this Agreement.

11. <u>Agreement Jointly Drafted.</u> This Agreement and each of its provisions have been jointly drafted by the parties; neither party shall be deemed to have been the drafting party.

12. <u>Agreement Freely Entered Into.</u> The parties represent and agree that this Agreement, and the releases contained in this Agreement, have been given voluntarily and free from duress or undue influence on the part of any person released by this Agreement, or by any third party.

Case 3:07-cv-03477-SI   Document 14   Filed 11/16/2007   Page 5 of 12

13. <u>Counterparts.</u> This Agreement may be executed in counterparts and a facsimile signature page shall be entitled to the same force and effect as an original.

WE AGREE TO THE ABOVE.

Dated: _____     Plaintiffs HOD CARRIERS LOCAL 166 PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION TRUST; SAM ROBINSON, as Trustee of the above-TRUSTS; and HOD CARRIERS 166 INDUSTRY PROMOTION PROGRAM

By: _____
SAM ROBINSON, Business Manager-Hod Carriers Local 166 & Trustee of the above-Trusts

Dated: 7 NOV 07     Defendant R.E. SERRANO, INC.

By: _____
Print Name: RICKY SERRANO
Print Corporate Title: PRESIDENT

Dated: 7 NOV 07     Defendant RICKY EDWARD SERRANO

By: _____
RICKY EDWARD SERRANO
Print Last Four Digits of SSN: 7482

APPROVED AS TO FORM.

Dated: November 7, 2007     NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. DeNARDO
Attorney for Plaintiffs

Dated: November 9, 2007     McINERNEY & DILLON

By: _____
WILLIAM McINERNEY, JR.
Attorney for Defendants

5

Case No. C-07-3477 SI
**SETTLEMENT AGREEMENT**

13. **Counterparts.** This Agreement may be executed in counterparts and a facsimile signature page shall be entitled to the same force and effect as an original.

WE AGREE TO THE ABOVE.

Dated: _____

Plaintiffs HOD CARRIERS LOCAL 166 PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION TRUST; SAM ROBINSON, as Trustee of the above-TRUSTS; and HOD CARRIERS 166 INDUSTRY PROMOTION PROGRAM

By: _[signature]_
SAM ROBINSON, Business Manager-Hod Carriers Local 166 & Trustee of the above-Trusts

Dated: _____

Defendant R.E. SERRANO, INC.

By: _____
Print Name: _____
Print Corporate Title: _____

Dated: _____

Defendant RICKY EDWARD SERRANO

By: _____
RICKY EDWARD SERRANO
Print Last Four Digits of SSN: _____

APPROVED AS TO FORM.

Dated: _November 7, 2007_

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _[signature]_
SCOTT M. DeNARDO
Attorney for Plaintiffs

Dated: _____

McINERNEY & DILLON

By: _____
WILLIAM McINERNEY, JR.
Attorney for Defendants

13. <u>Counterparts.</u> This Agreement may be executed in counterparts and a facsimile signature page shall be entitled to the same force and effect as an original.

WE AGREE TO THE ABOVE.

Dated: _____     Plaintiffs HOD CARRIERS LOCAL 166 PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION TRUST; SAM ROBINSON, as Trustee of the above-TRUSTS; and HOD CARRIERS 166 INDUSTRY PROMOTION PROGRAM


By: _____
    SAM ROBINSON, Business Manager-Hod Carriers
    Local 166 & Trustee of the above-Trusts

Dated: _____     Defendant R.E. SERRANO, INC.


By: _____
    Print Name:_____
    Print Corporate Title:_____

Dated: _____     Defendant RICKY EDWARD SERRANO


By: _____
    RICKY EDWARD SERRANO
    Print Last Four Digits of SSN: _____

APPROVED AS TO FORM.

Dated: November 7, 2007     NEYHART, ANDERSON, FLYNN & GROSBOLL

By: /s/ _____
    SCOTT M. DeNARDO
    Attorney for Plaintiffs

Dated: _____     McINERNEY & DILLON

By: _____
    WILLIAM McINERNEY, JR.
    Attorney for Defendants

EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HOD CARRIERS LOCAL 166 PENSION TRUST; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>R.E. SERRANO, INC., a California Corporation; and RICKY EDWARD SERRANO, an individual,<br><br>    Defendants. | CASE NO.: C-07-3477 SI<br><br>**STIPULATION FOR ENTRY OF JUDGMENT & [Proposed] ORDER THEREON**<br><br>Date:<br>Time:<br>Judge: Hon. Susan Illston<br>Courtroom:  10<br>Location: 19th Floor,<br>         450 Golden Gate Ave.<br>         San Francisco, CA 94102<br><br>Complaint Filed:  07/03/07<br>Trial Date:         None set. |

1  IT IS HEREBY STIPULATED by and between Plaintiffs HOD CARRIERS LOCAL 166
2  PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION
3  TRUST; SAM ROBINSON, as Trustee of the above-TRUSTS; and HOD CARRIERS 166
4  INDUSTRY PROMOTION PROGRAM, (hereinafter collectively referred to as the "Plaintiffs",
5  "Trusts" or "Funds") and the Defendants R.E. SERRANO, INC., a California Corporation and
6  RICKY EDWARD SERRANO, an individual that judgment in the above-entitled cause be entered
7  in favor of Plaintiffs against Defendants R.E. SERRANO, INC. and RICKY EDWARD
8  SERRANO in the amount of $34,100.73, less sums paid pursuant to the Stipulation for Contingent
9  Order of Dismissal entered herein.
10 IT IS SO STIPULATED.

Respectfully Submitted,

Dated: November 7, 2007     NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
    SCOTT M. DeNARDO
    Attorney for Plaintiffs


Dated: _____     Defendant R.E. SERRANO, INC.


By: _____
    Print Name:_____
    Print Corporate Title:_____


Dated: _____     Defendant RICKY EDWARD SERRANO


By: _____
    RICKY EDWARD SERRANO
    Print Last Four Digits of SSN: _____

IT IS HEREBY STIPULATED by and between Plaintiffs HOD CARRIERS LOCAL 166 PENSION TRUST; HOD CARRIERS LOCAL 166 HEALTH, WELFARE & VACATION TRUST; SAM ROBINSON, as Trustee of the above-TRUSTS; and HOD CARRIERS 166 INDUSTRY PROMOTION PROGRAM, (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") and the Defendants R.E. SERRANO, INC., a California Corporation and RICKY EDWARD SERRANO, an individual that judgment in the above-entitled cause be entered in favor of Plaintiffs against Defendants R.E. SERRANO, INC. and RICKY EDWARD SERRANO in the amount of $34,100.73, less sums paid pursuant to the Stipulation for Contingent Order of Dismissal entered herein.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: November 7, 2007

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. DeNARDO
Attorney for Plaintiffs

Dated: 7 NOV 07

Defendant R.E. SERRANO, INC.

By: _____
Print Name: RICKY SERRANO
Print Corporate Title: PRESIDENT

Dated: 7 NOV 07

Defendant RICKY EDWARD SERRANO

By: _____
RICKY EDWARD SERRANO
Print Last Four Digits of SSN: 7482

1  [PROPOSED] ORDER:

2      IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor

3  of Plaintiffs against Defendants R.E. SERRANO, Inc., a California Corporation and RICKY

4  EDWARD SERRANO, an individual in the sum of $34,100.73 less sums paid pursuant to the

5  Stipulation for Contingent Order of Dismissal previously entered.

6  IT IS SO ORDERED.

8  Dated: _____   _____
                              U.S. District Court Judge